IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OFFSHORE EQUIPMENT LLC, § § § Plaintiff, § § Case No. ____ v. § § Admiralty Rule 9(h) HEAVY LIFT VB-10,000, in rem, her § Engines Tackle and Apparel, et al., § § v. § § VERSAMARINE LLC, VERSABAR, INC., § And VERSABUILD, LLC *in personam*, § § Defendant. § | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF OFFSHORE EQUIPMENT LLC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW OFFSHORE EQUIPMENT LLC, the Plaintiff in the above-captioned matter, by its attorneys Holland & Knight LLP, and makes the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Offshore Equipment LLC is not a publicly traded corporation.

2. Offshore Equipment LLC states that it does not have any parent corporation(s).

Dated: November 1, 2019

                                                    Respectfully Submitted,
                                                    */s/ James H. Power*
                                                    James H. Power
                                                    State Bar no. 24026397
                                                    Federal I.D. No. 433050
                                                    HOLLAND & KNIGHT LLP
                                                    1100 Louisiana Street Suite 4300
                                                    Houston, Tx 77002
                                                           -and-
                                                    31 West 52nd Street

New York, NY 10019
Telephone: 212-513-3494
Facsimile: 212-341-7240
Email: james.power@hklaw.com
*Attorney for Plaintiff Offshore Equipment LLC*

*Of Counsel*
Gregg S. Garrison
Texas State Bar no. 00787520
GARRISON LAW CORPORATION
1221 State Street Suite 12 #91510
Santa Barbara, California 93101-2699
Phone: 650-726-111
Facsimile: 805-669-3168
Email: gsgarrison@garrisonlawcorp.com

2